# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

IN RE:  DAVID W. FALWELL  CHAPTER 13
        AMANDA B. FALWELL  CASE NO. 08-60495
    Debtor(s)

## ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM

Comes now, the debtors, by counsel on their objection to claim #*5* of ***Branch Banking and Trust***, which was filed with this court and upon a notice and order of hearing entered on *July 6, 2009*, and it appearing to the court that more than 30 days have passed since the filing of the objections to claim, no response has been filed by any of the creditors and further it appearing to the court that it is proper to do so, it is therefore

## ORDERED, ADJUDGED and DECREED

that claim #*5* of ***Branch Banking and Trust***, is disallowed.

Copies of this order shall be mailed to the Debtor, Debtor's Counsel, Chapter 13 Trustee and *Branch Banking and Trust, Bankruptcy Section/100-50-01-51, Po Box 1847, Wilson NC 27894-1847*.

Dated:  9/4/09

                    William E. Anderson
                    U.S. Bankruptcy Judge

I ask for this:

/s/ Stephen E. Dunn
Stephen E. Dunn, Esq.
Counsel for Debtor
201 Enterprise Drive, Suite A
Forest, VA 24551

Seen:

/s/ Herbert L. Beskin
Chapter 13 Trustee